LIPPS et al. v. MARKOWITZ et al.

(Supreme Court, Appellate Term. June 22, 1903.)

1. APPEAL—STIPULATION PRECLUDING APPEAL.
    Where a stipulation waives all objections to the evidence, and authorizes the justice to render any judgment he sees fit, on the evidence, an appeal will not lie.

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Philip Lipps and another against Bernard Markowitz and another. From a judgment for defendants, plaintiffs appeal. Affirmed.

Argued before FREEDMAN, P. J., and GILDERSLEEVE and MacLEAN, JJ.

Abraham Brekstone, for appellants.
Louis B. Boudin, for respondents.

MacLEAN, J. The plaintiffs are manufacturers of clothing, and the defendants are contract tailors. This action was for the recovery

of certain vests, delivered—the plaintiffs claim—to the defendants, to be made, and which they failed to return. The defendants denied retaining the vests without cause, claiming a lien upon them for services, and for the latter set up a counterclaim. Testimony was given at the trial as to how many vests were delivered, and how many were returned, and as to whether a demand had been made. After the case was submitted, however, a stipulation was entered into between the parties, waiving any and all objections to the evidence, and giving the justice "power to decide the entitled cause on the whole evidence, and render any judgment that he saw fit," or, in effect, making the learned justice an arbiter of the whole controversy between the parties. In view of that stipulation, the appeal seems scarcely explicable.

Judgment affirmed, with costs to the defendants. All concur.